# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 11-3348

———————

Betty Marie Drye,    *
                     *
         Appellant,    *
                     *   Appeal from the United States
    v.               *   District Court for the
                     *   Eastern District of Arkansas.
University of Arkansas for Medical    *
Sciences; University of Arkansas for   *   [UNPUBLISHED]
Medical Sciences Board of Trustees;    *
P. Baroni, In his individual and official   *
capacities; P. Whitlock, In her    *
individual and official capacities,    *
                     *
         Appellees.    *

———————

Submitted: May 7, 2012
Filed:  May 8, 2012

———————

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

———————

PER CURIAM.

In this action claiming employment-related discrimination and retaliation, Betty Marie Drye appeals the district court's[1] adverse grant of summary judgment, and the court's denial of her motion to alter or amend the judgment pursuant to Federal Rule

———————

[1]The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas.

of Civil Procedure 59(e).  Upon careful de novo review, this court finds no basis for reversing the summary judgment decision.  *See Wierman v. Casey's Gen. Stores*, 638 F.3d 984, 993 (8th Cir. 2011) (standard for reviewing summary judgment decision). This court further concludes that the district court did not clearly abuse its discretion in denying Drye's Rule 59(e) motion.  *See United States v. Metro. St. Louis Sewer Dist.*, 440 F.3d 930, 933 (8th Cir. 2006) (standard for reviewing denial of Rule 59(e) motion).

This court affirms.  *See* 8th Cir. R. 47B.

_____